**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **Art Van Furniture, LLC et al** | ) | **Case No. 20-10553 (CTG)** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

**ORDER OF REASSIGNMENT OF JUDGE**

**AND NOW, this 1st** day of April 2022, **it is hereby ORDERED** that the above Chapter 7 case (and all associated cases including adversary) is **TRANSFERRED** to the **Honorable Criag T. Goldblatt** for all further proceedings and dispositions.[1]

Laurie Selber Silverstein
Chief Judge

[1] When filing papers, please include the initials of the Judge assigned to the case.