# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC, *et al.*, | Case No. 20-10553 (CTG) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

| | |
|---|---|
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, *et al.*, | Adv. No. 22-50224 (CTG) |
| Plaintiff, | |
| v. | |
| UNIVERSAL FURNITURE INDUSTRIES, INC., | |
| Defendants. | |

---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Erin R. Fay is hereby withdrawn as counsel to the Defendant Universal Furniture Industries, Inc. (the "Defendant") in the above-captioned cases and should be removed from all notice and service lists in these cases.

PLEASE TAKE FURTHER NOTICE that this withdrawal is limited to Erin R. Fay and does not impact the representation of the Defendant by Bayard, P.A. attorneys in the above-captioned matter.

[*Remainder of page intentionally left blank.*]

Dated: March 2, 2023

Respectfully submitted,

BAYARD, P.A.

*/s/ Gregory J. Flasser*
Gregory J. Flasser (No. 6154)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: gflasser@bayardlaw.com

-and-

SHUMAKER, LOOP & KENDRICK, LLP

Ronald D. P. Bruckmann (NC Bar No. 53693)
(Pending Admission Pro Hac Vice)
101 South Tryon Street
Suite 2200
Charlotte, North Carolina 28280
Telephone: 704-375-0057
Facsimile: 704-332-1197
Email: rbruckmann@shumaker.com

*Attorneys for Universal Furniture Industries, Inc.*